181 So. 131

**Jim CHILES, alias, v. STATE.**

**7 Div. 509.**

Supreme Court of Alabama.

May 12, 1938.

John W. Brown, of Albertville, for petitioner.

A. A. Carmichael, Atty. Gen., for the State.

FOSTER, Justice.

Petition of Jim Chiles, alias Childs, for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Chiles v. State, 181 So. 128.

Petition dismissed on motion of petitioner.

ANDERSON, C. J., and THOMAS and BOULDIN, JJ., concur.